```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 04 B 00403
    COLIS CAMPBELL
                                                  CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-4105


---------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/06/04 and confirmed on 03/05/04.

    2.  The case was dismissed after confirmation, 12/05/2008.

    3.  The Debtor paid a total of $   36325.06 .

    4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
CITIZENS BANK              SECURED         19500.00        7001.84       19500.00
ILLINOIS DEPT PUBLIC AID   UNSECURED        4733.22         .00            834.00
HOME DEPOT                 UNSECURED       NOT FILED        .00             .00
RETAILERS NATIONAL BANK    UNSECURED         553.72         .00             97.56
ECAST SETTLEMENT CORPORA   UNSECURED        1889.09         .00            332.86
RESURGENT CAPITAL SERVIC   UNSECURED        6910.29         .00           1217.58
RESURGENT CAPITAL SERVIC   UNSECURED         380.64         .00             67.07
ROUNDUP FUNDING LLC        UNSECURED        5849.02         .00           1030.60
ECAST SETTLEMENT CORPORA   UNSECURED        1527.76         .00            269.20
ECAST SETTLEMENT CORP      UNSECURED         437.27         .00             77.04
AOL VISA                   UNSECURED       NOT FILED        .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         933.97         .00            164.57
CITIZENS BANK              UNSECURED       10434.34         .00           1838.53
        Summary of disbursements:
---------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED   19500.00       .00       33649.32        .00         53149.32
PRINCIPAL PAID       19500.00       .00        5929.01        .00         25429.01
INTEREST PAID         7001.84       .00          .00          .00          7001.84
TOTAL PAID           26501.84       .00        5929.01        .00         32430.85
The Debtor's attorney, ERNESTO D BORGES JR            , was allowed $   2700.00
and was paid $    391.00  direct and $    2309.00  through the plan.

The Trustee received $    1585.21 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 03/13/09                              /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE